IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRISONER CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

*DEMANDA POR VIOLACION A DERECHOS CIVILES DE CONFINADO
42 U.S.C. § 1983*

JOSE NOEL GUTIERREZ GONZALES          22-cv-1490
Full name of plaintiff                                      JAG
*Nombre completo del demandante*

v.

MDC "Guaynabo" "Warden"

_____

_____

Full name(s) of defendant(s)
*nombre completo de(l)(los) demandado(s)*

I.  Previous lawsuits.
    *Pleitos radicados anteriormente.*

    A.  Have you brought other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        *¿Ha iniciado usted otros pleitos en los tribunales estatales o federales que tengan que ver con los mismos hechos de la presente acción o que se relacionen con su reclusión?*

        (X)  Yes *(Sí)*                    ( )  No

    B.  If your answer to "A" is yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

        *Si la contestación a la pregunta "A" es en la afirmativa, describa el pleito en el espacio siguiente. De existir más de un pleito, descríbalos en otro papel*

42:1983                              -1-

*utilizando el mismo modelo.*

1. Parties to the previous lawsuit.
   *Partes en el pleito anterior.*

   Plaintiff(s)
   *Demandante(s)* ___JOSE NOEL GUTIERREZ GONZALEZ___

   Defendant(s)
   *Demandado(s)* ___MDC Guaynabo "Warden"___

2. Court. If federal court, name the district, if state court, name the county or part.

   *Tribunal. Si es un tribunal federal, indique el distrito, si es un tribunal estatal, indique el condado o sala.*

   ___NORTHERN DISTRICT OF ALABAMA___

3. Docket number.
   *Número asignado.* ___2:18-cr-00592-AKK-JHE___

4. Name of judge to whom the case is assigned.
   *Nombre del juez a quien se le asignó el caso.*

   ___JHE___

5. Disposition. For example: Was the case dismissed? Was it appealed? Is it still pending?

   *Disposición. Por ejemplo: ¿Se desestimó el caso? ¿Se apeló? ¿Se encuentra aún pendiente?*

   ___Appealed___

6. Approximate date of filing lawsuit.
   *Fecha aproximada en que radicó el pleito.*

   ___April 2022___

42:1983                                    -2-

7. Approximate date of disposition.
   *Fecha aproximada en que se resolvió el pleito.*

   April or May, 2022

II. Place of confinement.
   *Lugar actual de reclusión.*

   A. Is there a prisoner's grievance procedure in the institution?
      *¿Existe un procedimiento de quejas y agravios para los confinados en la institución?*

      (X) Yes *(Sí)*                    ( ) No

   B. Did you present the facts related to your complaint in the state prisoner's grievance procedure?
      *¿Presentó usted los hechos de su querella bajo el procedimiento de quejas y agravios para confinados?*

      (X) Yes *(Sí)*                    ( ) No

   C. If your answer is yes,
      *Si su contestación es afirmativa,*

      1. What steps did you take?
         *¿Qué medidas tomó usted?*

         The lawyer Jose Marin to submitted to the warden of the institution one document in relation of my condition.

      2. What was the result?
         *¿Cuál fue el resultado?*

         Nothing

   D. If your answer is No, explain why not.
      *Si su contestación es No, explique porqué.*

      Because at this institution they not put attention with my Health

42:1983                                    -3-

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
*Si no existe un procedimiento de quejas y agravios en la institución, ¿se quejó usted con las autoridades de la institución?*

(X) Yes *(Sí)*          ( ) No

F. If your answer is Yes,
*Si su contestación es en la afirmativa,*

1. What steps did you take?
*¿Qué medidas tomó usted?*

I explain with a lawyer and the lawyer send to motion to the court

2. What was the result?
*¿Cuál fue el resultado?*

the result was nothing and I continue very seek

III. Parties.
*Partes.*

In item A below, write your name in the first blank and write your present address in the second blank. Do the same for additional parties, if any, using the reverse side if necessary.

*Bajo la letra A, escriba su nombre en la primera línea y su dirección actual en la segunda línea. Si hay demandantes adicionales, provea la misma información utilizando el dorso si es necesario.*

A. Name of plaintiff
Nombre del demandante  Jose Noel Gutierrez Gonzales

Address
Dirección  MDC Guaynabo, P.O. Box 2005 Cataño, P.R. 00963

42:1983                                 -4-

In item B below, write the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the name, position and place of employment of any additional defendant.

*Bajo la letra B, escriba en la primera línea el nombre completo del demandado, en la sgunda línea escriba el puesto que ocupa y en la tercera línea escriba el lugar donde está empleado. Utilice el apartado C para escribir el nombre, puesto y lugar de empleo de otro demandado.*

B. Defendant / *Demandado*: __Angel L Adam "Warden"__

is employed as / *está empleado como*: __"Warden"__

at / *en*: __MDC Guaynabo__

IV. Statement of Claim. / *Relación de Hechos.*

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates or statutes. Do not give any legal arguments or cite any cases or statutes. If you intend to allged a number of related claims, number and set forth each claim in a separate paragraph. Attach an extra sheet if necessary.

*Escriba brevemente los hechos del caso. Describa la participación de cada uno de los demandados. Incluya también los nombres de otras personas que tuvieron participación, las fechas y los estatutos. No presente argumentos legales ni cite precedentes ni estatutos. Si usted quiere presentar varias reclamaciones, enumérelas y hágalo en párrafos por separado. Puede utilizar otra hoja de papel si lo considera necesario.*

The fact at this case is the part Jose-noel Gutierrez Gonzales, he was incarceration, in the institution of river, on July 2021 and the part Jose noel Gutierrez, him receive contagion of Covid-19 in the area of quarantine in the institution of river,

The Institution of River. They to put the part Jose Noel Gutierrez in the Area of the Hospital at River by one Month and them to send to the Unit, and the administration them take the decision to put me in a room for not infecting to the another inmates.

And more later the nurse to pass to give me Ibopofen, and she only recomend to drink water all the time is incredible because all was quickly and the institution of River to send me to MDC Guaynabo without receive medical attention.

Then I come to MDC Guaynabo the institution of MDC Guaynabo to put me in more Quarantine by 2 month.

Then each time, I comunicate to the nurse I'm been very very bad, only the nurse say you are in Puerto Rico

II

IV

The name of the nurse is Castaño she Say, If you want Some you need to Go to Comisary.

Since then to extract my blood and more blood and nothing, because never the part Jose Noel, to receive a Good answer of the analisis of the blood.

Then I to continue to let to know my Complaint, because at my body I'Ve been ball in the head too, and is Consequence of the Covid-19.

The part Jose noel, to show to the doctor and he Say nothing the doctor Vallejo him is a doctor irresponsibility at the form that he Speak with a pacient.

Because he Say he can Seend to receive a Operation but I can remain one armed.

(5.)

(iv)

Only the comunication of this doctor is intimidate only he know, and discrimination too.

For the Discrimination that I live at MDC Guaynabo. Where prevail the injustice and until this day the pent not receive Medical Attention.

(5...)

Jose Noel Gutierrez
# 61785-298
MDC Guaynabo
P.O. Box 2005
Guaynabo, P.R. 00970-3

V. Request for Relief.
Solicitud de Remedio.

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*Indique brevemente lo que usted espera que el tribunal haga por usted. No escriba argumentos legales ni cite precedentes ni estatutos.*

The part Jose Gutierrez to hope that the Justice open the eyes with this Institution of MDC Guaynabo, because the situation with the health of Jose Gutierrez is cronic, And the part Jose Gutierrez to Ask to the Court For consideration.

I declare under penalty of perjury that the foregoing is true and correct.
*Declaro bajo pena de perjurio que lo anterior es cierto y correcto.*

Signed this __2__ day of __October__ of __2022__.
           (día)           (mes)           (año)

Jose Noel Gutierrez
Plaintiff's signature
*Firma del demandante*

42:1983                     -6-

For Compassinate Release For receive to Medical Attention elk my Condition Chypertension and high cholesterol) The pat Jose-Gutierrez to have to the Court to consider all this Argument that not be frivolous.

Is feel and true, it clear that the District Court in Puerto Rico have the Discreation to REVIEW.

Now that the Jurisdiction of the District of Alabama not Can see the situation that exist with the health and my health and my Body and the Medical Record reflect all at my Health and the virus that live in my body of Jose Gutierrez,

Now the pat want to Know that the pat Jose Gutierrez, suffer elk his Condition,

(6.)

(6...)

Now the part to hope by the Justice because at MDC Guaynabo the Medical Greg and the administration too exist Oscority,

And only God know, What happen with the Clock of the Constitution of the United States of America.

Jose Noel Gutierrez
#41785-298
MDC Guaynabo
P.O. Box 2005
Cataño, P.R. 00963

10/2/22